UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL S. CORNELIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C08-5613RBL-JKA<br><br><br>ORDER FOR EXTENSION OF TIME |

Based upon the agreed motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- the Defendant shall have up to and including April 3, 2009, to file Defendant's response to Plaintiff's Opening Brief
- Plaintiff shall have to and including April 17, 2009, to file an optional Reply Brief.

DATED this 27th day of February, 2009.

　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　ORDER - [3:08-CV-5613-RBL-JKA]

Presented by:

s/ MATHEW W. PILE   WSB #32245
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-3760
Fax:     206-615-2531
mathew.w.pile@ssa.gov