# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CAROL SUE CORNELIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C08-5613RBL-JKA<br><br><br>ORDER AND JUDGMENT FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall hold a de novo hearing. The ALJ shall re-assess the opinions of Daniel M. Neims, Psy.D., and Jan Lewis, Ph.D., and explain the weight given to those opinions. The ALJ shall also consider the lay statement of Carolyn Sue Capes in accordance with SSR 06-03p, and re-assess the claimant's credibility and residual

Page 1　　　ORDER - [3:08-cv-5613-RBL-JKA]

functional capacity. If necessary, the ALJ shall obtain vocational expert testimony.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 17th day of March, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 12th day of March, 2009.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ MATHEW W. PILE   WSB #32245
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-3760
Fax:    206-615-2531
mathew.w.pile@ssa.gov

Page 2          ORDER - [3:08-cv-5613-RBL-JKA]