United States District Judge RONALD B. LEIGHTON

08-CV-05613-ORD

FILED _____ LODGED
_____ RECEIVED

APR 21 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CAROL SUE CORNELIS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant,

CIVIL NO. C08-5613RBL

ORDER FOR EAJA FEES, COSTS AND EXPENSES

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $1,763.07, payable to Plaintiff's attorney Amy Gilbrough; and it is further

ORDERED that Plaintiff is hereby awarded EAJA fees of $985.25 and expenses of $81.93 pursuant to 28 U.S.C. §2412 and costs of $41.27 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5613RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1 | DATED this 21st day of April, 2009.

                                                RONALD B. LEIGHTON
                                                United States District Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5613RBL] - 2