# United States District Court

WESTERN DISTRICT OF WASHINGTON

CAROL SUE CORNELIS

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5613RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff is hereby awarded EAJA fees of $1,763.07, payable to Plaintiff's attorney Amy Gilbrough; and it is further ORDERED that

2. Plaintiff is hereby awarded EAJA fees of $985.25 and expenses of $81.93 pursuant to 28 U.S.C. § 2412 and costs of $41.27 as set out at 28 U.S.C. § 1920, payable to Plaintiff's attorney Elie Halpern.


April 24, 2009            BRUCE RIFKIN
                                        Clerk

                                          Jennie L. Patton
                                          Deputy Clerk